1  WILLIAM R. TAMAYO – #084965 (CA)
   JONATHAN T. PECK -- #12303 (VA)
2  CINDY O'HARA -- #114555 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY
3     COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California 94105
5  Telephone:    (415) 625-5653
   Facsimile:    (415) 625-5657
6
   Attorneys for Plaintiff Equal Employment Opportunity Commission
7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  **EQUAL EMPLOYMENT OPPORTUNITY**          )  Civil Action No.
    **COMMISSION,**                           )
12                                            )  05   00138
              Plaintiff,                      )
13                                            )  **COMPLAINT**
    v.                                        )
14                                            )  Civil Rights - Employment Discrimination
                                              )
15  **WESTERN SHOWER DOOR, INC.,**            )
                                              )  DEMAND FOR JURY TRIAL
16            Defendants.                     )
    _____  )

17

18                        **NATURE OF THE ACTION**

19          This action is brought pursuant to Title VII or the Civil Rights Act of 1964 and Title I of

20  the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to

21  provide appropriate relief to Charging Party Miracle Ayon who was adversely affected by such

22  practices. Defendant Western Shower Door, Inc. subjected the above Charging Party to unlawful

23  harassment based on her sex, which resulted in, *inter alia*, her resignation from employment .

                        **JURISDICTION AND VENUE**

24          1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337,

25  1343 and 1345. This action is authorized and instituted pursuant to §706(f)(1) and (3) of Title

26  VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII")

27  and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

28          2.      The unlawful employment practices alleged herein were committed in the State of

1  California, thus venue is proper "in any judicial district in the State in which the unlawful

2  employment practice is alleged to have been committed." (§706(f)(3) of Title VII, 42 U.S.C.

3  §2000e-5(f)(3)). Defendant's corporate headquarters and principal place of business is located in

4  Fremont, California. Venue is therefore proper in the United States District Court for the

5  Northern District of California.

6                              **INTRADISTRICT ASSIGNMENT**

7          3.      This action is appropriate for assignment to San Francisco/Oakland as

8  Defendant's corporate headquarters and principal place of business is in Fremont, California

9  (Alameda County), and the administrative charge underlying this case was investigated in the

10  San Francisco District Office of Plaintiff Equal Employment Opportunity Commission, the

11  records related to that investigation are in San Francisco.

12                                        **PARTIES**

13          4.      Plaintiff, the Equal Employment Opportunity Commission ("Commission") is the

14  agency of the United States of America charged with the administration, interpretation and

15  enforcement of Title VII, and is expressly authorized to bring this action by §706(f)(1) and (3) of

16  Title VII, §2000-e(f)(1) and (3).

17          5.      Defendant Western Shower Door, Inc. ("Defendant") is a California corporation,

18  doing business in the State of California, and has continuously had at least 15 employees.

19          6.      At all relevant times, Defendant Western Shower Door, Inc. has continuously

20  been employers engaged in an industry affecting commerce, within the meaning of Section

21  701(b), (g) and (h) of Title VII, 42 U.S.C. §2000-e(b), (g) and (h).

22                                  **STATEMENT OF CLAIM**

23                  **Violation of Title VII of Civil Rights Act : Sex Discrimination,**
                                  **Harassment Based on Sex**

24

25          7.      More than thirty days prior to the institution of this lawsuit, Charging Party

26  Miracle Ayon ("Charging Party") filed a charge with Plaintiff Commission alleging violations of

27  Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been

28  fulfilled.

1    8.    From approximately December 2002, Defendant has engaged in unlawful

2    practices of sex discrimination in violation §703(a) (1)of Title VII, 42 U.S.C. §2000e-2(a)(1) by

3    subjecting the Charging Party to a hostile, abusive, intimidating and offensive work environment

4    because of her sex. Said harassment was by the shop manager, and included, *inter alia*,

5    comments and invitations of a sexual nature which were sufficiently severe and/or pervasive to

6    cause Charging Party to resign her employment.

7    9.    The effect of the actions complained of in Paragraph 8 above has been to deprive

8    the Charging Party of equal employment opportunities and otherwise adversely affect her status

9    as an employee because of sex.

10    10.    The unlawful employment practices complained of in Paragraph 8 above were

11    intentional.

12    11.    The unlawful employment practices complained of in Paragraph 8 above were

13    done with malice or with reckless indifference to the federally protected rights of Charging Party.

14    **PRAYER FOR RELIEF**

15    Wherefore, the Commission respectfully requests that this Court:

16    A.    Grant a permanent injunction enjoining Defendant, its officers, successors,

17    assigns, and all persons acting in concert or participation with it, from engaging in discrimination

18    against its employees including harassment based on sex.

19    B.    Order Defendant to institute and carry out policies, practices, and programs which

20    prohibit harassment based on sex, and which eradicate the effects of its unlawful employment

21    practices.

22    C.    Order Defendant to make whole Charging Party by providing appropriate back

23    pay and benefits with prejudgment interest, and other affirmative relief necessary to eradicate the

24    effects of its unlawful employment practices, including but not limited to reinstatement and/or

25    front pay and other appropriate relief to be determined at trial.

26    D.    Order Defendant to make whole Charging Party by providing compensation for

27    past and future pecuniary losses resulting from the unlawful employment practices complained of

28    above, including but not limited to such out-of-pocket expenses as medical care necessitated by

1  Defendant's unlawful conduct, in amounts to be determined at trial.

2      E.      Order Defendant to make whole Charging Party by providing compensation for

3  past and future nonpecuniary losses resulting from the unlawful practices complained of above

4  including, but not limited to emotional pain and suffering, inconvenience, loss of enjoyment of

5  life and humiliation, in amounts to be determined at trial.

6      F.      Order Defendant to pay Charging Party by providing punitive damages for the

7  malicious and reckless conduct described above, in amounts to be determined at trial.

8      G.      Grant such further relief as the Court may deem just and proper in the public

9  interest.

10     H.      Award the Commission its costs of this action.

11                          **DEMAND FOR JURY TRIAL**

12         Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff hereby

13 demands a jury trial.

14                                          **Eric S. Dreiband**
                                            General Counsel
15                                          **James L. Lee**
                                            Deputy General Counsel
16                                          **Gwendolyn Young Reams**
                                            Associate General Counsel
17
                                            **Equal Employment Opportunity Commission**
18                                          1801 L Street, N.W.
                                            Washington, DC 20507
19

20 Date:  January 7, 2005

21                                          WILLIAM R. TAMAYO
                                            Regional Attorney
22

23 Date:  January 7, 2005

24                                          JONATHAN T. PECK
                                            Supervisory Trial Attorney
25
   Date:  January 7, 2005
26                                          CINDY O'HARA
                                            Senior Trial Attorney
27
                                            **Equal Employment Opportunity Commission**
28                                          San Francisco District Office
                                            350 The Embarcadero, Suite 500
                                            San Francisco, CA 94105

COMPLAINT FOR DISCRIMINATION                                    Page 4