# REDIGER, McHUGH & HUBBERT, LLP

Labor and Employment Law • Consultation and Defense



IT IS SO ORDERED

Magistrate Judge James Larson

June 16, 2005

Magistrate Judge James Larsen
United States District Court
Northern District of California
Courtroom F, 15th Floor
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

   Re: EEOC v. Western Shower Door, Inc. (Miracle Ayon)
     USDC/ND Cal Case No. C-05-00138 JL

Dear Judge Larsen:

  This office represents the Defendant, Western Shower Door, Inc., in regard to the above-referenced matter.

  I am submitting a request directly to you that Jennifer L. Lippi, attorney for the Defendant, Western Shower Door, be allowed to appear by telephone at the Case Management Conference scheduled on Wednesday, July 13, 2005, at 10:30 a.m. in this case. Furthermore, it is our understanding that if such request is granted, the court will initiate said telephone call to Ms. Lippi on said date at **(916) 442-0033**.

  Should you have any questions, please call. Thank you for your cooperation.

       Sincerely,

       REDIGER, McHUGH & HUBBERT, LLP

       *Lorraine L. Renfroe*
       Lorraine L. Renfroe
       Secretary to Jennifer L. Lippi

cc: Cindy O'Hara, Esq.
   Western Shower Door, Inc.

---

555 CAPITOL MALL, SUITE 1540 • SACRAMENTO, CA 95814
TELEPHONE (916) 442-0033 • FACSIMILE (916) 498-1246