Robert L. Rediger, Esq. (Bar No. 109392)
Jennifer L. Lippi, Esq. (Bar No. 221683)
REDIGER, McHUGH & HUBBERT, LLP
555 Capitol Mall, Suite 1540
Sacramento, California 95814
Telephone: (916) 442-0033
Facsimile: (916) 498-1246

Attorneys for Defendant,
WESTERN SHOWER DOOR, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN SHOWER DOOR, INC.,<br><br>Defendant. | CASE NO. C-05-00138 JL<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Whereas the Case Management Conference in the above-entitled matter is currently scheduled for Wednesday, July 13, 2005, at 10:30 a.m.,

Whereas the parties are scheduled for mediation of the above-entitled matter on Thursday, July 28, 2005,

The parties, through their counsel of record, hereby stipulate and agree that the Case Management Conference scheduled for Wednesday, July 13, 2005, at 10:30 a.m., in the above-referenced matter be continued until Wednesday, August 17, 2005, at 10:30 a.m.

////

////

////

1

P:\2304\PLD\STIPANDORDER-070805(EEOC-AYRON).DOC

Stipulation and Order

**E-Filing concurrence:** Plaintiff's representative is currently unavailable for signature. I, Jennifer L. Lippi, attorney for Defendant WSD, attest that I have obtained the concurrence of Jonathan T. Peck, attorney for Plaintiff EEOC, for the filing of this stipulation and order.

Dated: July 8, 2005    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____/S/_____
JONATHAN T. PECK
Attorney for Plaintiff EEOC

DATED: July 8, 2005    **REDIGER, McHUGH & HUBBERT, LLP**

By _[signature: Jennifer L Lippi]_
JENNIFER L. LIPPI
Attorney for Defendant,
WESTERN SHOWER DOOR, INC.

|   |   |
|---|---|
| 1 | **ORDER** |

Pursuant to the Stipulation submitted by the parties, the Case Management Conference in the above-captioned matter is continued until Wednesday, August 17, 2005, at 10:30 a.m.

Dated: 7/12/05

/s/ James Larson
JAMES LARSON
United States Magistrate Judge